Ronald ARNETT; Harold Bailey; Jim Bean; Marguerette Howard; Joycelyn Keller; Wayne E. Lord; Diane S. Militano, Plaintiffs–Appellants,

and

Anthony Ryan, Plaintiff,

v.

CALIFORNIA PUBLIC EMPLOYEES' RETIREMENT SYSTEM (PERS); Harry Bubb; Robert Carlson; Richard "Bud" Carpenter; Thomas Clark; Kathleen Connell; Jerry Cremins; William Crist; Michael Flaherman; Matt Fong; William "Bill" Rosenberg; Kurato Shimada; Charles Valdes, strictly in their official capacity as members of the Board of Administration of PERS; State of California, as administrator of the PERS and by and through each of its agencies; California Youth Authority; California Department of Corrections; City of West Covina; Department of Motor Vehicles; City of Orange; Riverside County; City of Fremont, Defendants–Appellees.

No. 98–15574.

United States Court of Appeals, Ninth Circuit.

March 16, 2000

As Amended April 25, 2000.

All Petitions for Rehearing Denied May 12, 2000.

Ellen Lake, Oakland, California, for the plaintiffs-appellants.

Irene K. Tamura, Deputy Attorney General, Sacramento, California, for the state defendants-appellees.

Henry S. Hewitt, Erickson, Beasley, Hewitt & Wilson, Oakland, California, for the city and county defendants-appellees.

Laurie A. McCann, Washington, D.C., for amicus curiae American Association for Retired Persons.

Jennifer S. Goldstein, Washington, D.C., for amicus curiae Equal Employment Opportunity Commission.

Before: FERNANDEZ and McKEOWN, Circuit Judges, and WEINER, Senior District Judge.[1]

### ORDER

Appellants challenged the district court's grant of motions to dismiss for failure to state a claim and for judgment on the pleadings. We reversed the district court. See *Arnett v. California PERS*, 179 F.3d 690 (9th Cir.1999). The State of California, California Public Employees' Retirement System, and several other governmental entities (collectively "the State of California") sought certiorari relief from the United States Supreme Court and, without further specification, the Supreme Court granted certiorari and vacated and remanded the case to the Ninth Circuit for further consideration in light of its holding in *Kimel v. Florida Board of Regents*, —— U.S. ——, 120 S.Ct. 631, 145 L.Ed.2d 522 (2000).[2] *Kimel* dealt with whether the Age Discrimination in Employment Act (ADEA) abrogates the State's Eleventh Amendment immunity. The Supreme Court held "that the ADEA does contain a clear statement of Congress' intent to abrogate the States' immunity, but that the abrogation exceeded Congress' authority under § 5 of the Fourteenth Amendment." *Id.* at ——, 120 S.Ct. at 637. The State of California did not raise the Eleventh Amendment immunity issue before the district court or in its briefs to this court, nor was the issue argued to this court. The

1. The Honorable Charles R. Weiner, Senior United States District Judge for the Eastern District of Pennsylvania, sitting by designation.

2. See *California Public Employees' Retirement System v. Arnett*, —— U.S. ——, 120 S.Ct. 930, 145 L.Ed.2d 807 (2000).

only reference to the Eleventh Amendment issue in this court was in a Rule 28(j) letter in which the *Kimel* case was cited. In light of this procedural posture, we remand this case to the district court for further consideration consistent with *Kimel.*

The panel has voted unanimously to deny the petition for rehearing. The petition for rehearing is DENIED. The motion to permit filing of further excerpts of record is also DENIED.

REMANDED.